UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE MICHAEL KELLEY,<br><br>Defendant. | CR 26-139 JMB/ECW<br>**INDICTMENT**<br><br>21 U.S.C. § 843(a)(3)<br>21 U.S.C. § 843(d)(1)<br>21 U.S.C. § 853(a)(1)<br>21 U.S.C. § 853(p) |

THE UNITED STATES GRAND JURY CHARGES THAT:

**COUNT 1**
(Obtaining a Controlled Substance by Fraud)

Between in or about January 2025 and on or about January 28, 2026, in the State and District of Minnesota, the defendant,

**STEVE MICHAEL KELLEY**,

knowingly and intentionally obtained and acquired hydromorphone, a controlled substance, by misrepresentation, fraud, deception, and subterfuge, to wit, obtaining hydromorphone from an automated dispensing cabinet and diverting it to his own use instead of providing it to patients of his employer hospital in the State and District of Minnesota; all in violation of Title 21, United States Code, Sections 843(a)(3) and 843(d)(1).

SCANNED
AUG 06 2026
U.S. DISTRICT COURT MPLS

## FORFEITURE ALLEGATIONS

Upon conviction of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a)(1) and (2), any and all property constituting, or derived from, any proceeds the defendant obtained directly or indirectly as a result of said violations, and any and all property used, or intended to be used, in any manner or part to commit or facilitate the commission of said violations. If any of the above-described forfeitable property is unavailable for forfeiture, the United States intends to seek the forfeiture of substitute property as provided for in Title 21, United States Code, Section 853(p).

A TRUE BILL

_______________________________ UNITED STATES ATTORNEY

_______________________________ FOREPERSON